IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  04-CR-00403-LTB

UNITED STATES OF AMERICA,

> Plaintiff,

v.

1.   CARLOS ZAPATA-HERNANDEZ,
2.   SERGIO ZAPATA-HERNANDEZ, a/k/a "Tito", a/k/a "Titillo", a/k/a "Lucas",
4.   ARNOLDO ZAPATA, a/k/a "Lolo",
5.   JOSE ALFREDO ZAPATA, a/k/a "Alfredo",
6.   JAIME ARMENDARIZ,
7.   RAMON ZAPATA,
8.   JAIME ZAPATA, a/k/a "Rudy", a/k/a "Jimmy", a/k/a "Chasco",
10.  ALBERTO CABRAL, a/k/a "Beto", a/k/a "Tio Beto",
11.  ARTEMISA ZAPATA-MONTOYA,
12.  HUMBERTO GALVAN, a/k/a "Beto",
13.  LILIAN GALVAN, a/k/a "Petunia", a/k/a "Yiya",
15.  OSCAR ZAPATA, a/k/a "Karin",

> Defendants.

---

ORDER

---

For the reasons stated on the record during the May 12, 2006 trial preparation conference, it is ORDERED that:

1) the Government shall have until **May 17, 2006** to produce any expert reports;

2) the defendants shall, on or before **June 2, 2006**, file any *Daubert* motions and the Government shall respond on or before **June 16, 2006**;

3) the parties shall, on or before **June 22, 2006**, file any trial briefs concerning evidentiary issues and stipulations concerning proposed exhibits;

4) the defendants shall, on or before **June 22, 2006**, file any preliminary witness and exhibit lists and all special jury instructions; and

5) a further preliminary trial preparation conference, for which the presence of the defendants is excused, shall occur on **June 30, 2006 at 7:30 A.M.**.

Dated: May __15__, 2006, in Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

2